**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:
City of Detroit, Michigan,
Debtor.
_______________________________/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Citizens United Against Corrupt Government,
Plaintiff,

v.

Adv. Proceeding
No. 14-05059

Detroit City Council,
Defendant.
_______________________________/

**Order Denying Motion for Expedited Hearing on**
**Motion for Mandatory Abstention (Dkt. #6)**

On October 16, 2014, Plaintiff filed a motion for shortened notice and an expedited hearing with respect to plaintiff's emergency motion for mandatory abstention. The Court concludes that cause has not been shown which would warrant the granting of the motion. Accordingly, it is hereby ordered that the motion for shortened notice and expedited hearing is denied.

.

**Signed on October 17, 2014**

**/s/ Steven Rhodes**
**Steven Rhodes**
**United States Bankruptcy Judge**