# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

     Debtor.

_____/

Citizens United Against Corrupt Government,

     Plaintiff,

v.

Detroit City Council,

     Defendant.

_____/

Chapter 9
Case No. 13-53846
Hon. Steven W. Rhodes

Adversary Pro. No. 14-05059

**[SEALED]**
**Opinion Granting Defendant's Motion for Summary Judgment**